Present —Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of CHESTER A. OSBORN, Respondent. PLEASURELAND ESTATES, INC., Appellant.—

Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of HENRIETTA L. OPPENHEIM et al., Appellants. DORA TREVAS, Respondent.

The relief asked for by the petitioner as to the opening of the Torrens proceeding has never been